# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1004.    EHSAN RAZAVI v. SOUTH DEKALB TOWING AND TRANSPORT, INC.**

This case began as an action for damages in magistrate court. After the magistrate court entered its judgment, plaintiff Ehsan Razavi appealed to the state court, which entered a judgment in favor of the defendant. Razavi then filed this appeal from the state court's decision. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Razavi's failure to file an application deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,    02/06/2020*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*